**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BARRY WAYNE SILVER, JR. ,**

      **Plaintiff,**

**v.**                                                             **Case No:   6:14-cv-1565-Orl-40DAB**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **Motion to remand to agency (Doc. No. 12)**
>
> **FILED:**   **December 5, 2014**
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This cause having come before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further administrative action pursuant to Sentence 4 of 42 U.S.C. 405(g) and 1383(c)(3). Upon consideration of the Motion, and the grounds urged in support thereof, it is respectfully **RECOMMENDED** that the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) and this case be remanded to the Commissioner of Social Security:

> The Administrative Law Judge will offer Plaintiff the opportunity for a hearing; further develop the record concerning Plaintiff's work history; further consider whether the Plaintiff can perform past relevant work at step 4 of the sequential evaluation process (SEP); obtain supplemental vocational expert evidence, if necessary, and proceed to step 5 of the SEP, as warranted.

It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to enter a separate judgment, remanding the case under Sentence 4 of 42 U.S.C. § 405(g).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 8, 2014.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy