# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARRY WAYNE SILVER, JR. ,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No:   6:14-cv-1565-Orl-40DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Unopposed Motion for Entry of Judgment with Remand (Doc. 12) filed on December 5, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 8, 2014 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **REVERSED**.

3. The Motion to Remand to the Commissioner of Social Security is **GRANTED**.

4. The Clerk of the Court is **DIRECTED** to enter a separate judgment, remanding the case under Sentence 4 of 42 U.S.C. §405(g).

**DONE** and **ORDERED** in Orlando, Florida on December 30, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties