**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BARRY WAYNE SILVER, JR. ,

    Plaintiff,

v.                                      Case No: 6:14-cv-1565-Orl-40DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 16) filed on March 10, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 16, 2015 (Doc. 17), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Petition for Attorney's Fees (Doc. 16) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter judgment in the amount of $608.19 for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d).

2

**DONE AND ORDERED** in Orlando, Florida on April 1, 2015.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties