# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BARRY WAYNE SILVER, JR. ,

       Plaintiff,

v.                                Case No: 6:14-cv-1565-Orl-40DCI

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER

This cause is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee (Doc. 20) filed on September 29, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 8, 2016 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee (Doc. 20) is **GRANTED**.

3. Counsel is **AUTHORIZED** to charge and collect from Plaintiff the sum of $2,500.00 in § 406(b) fees.

**DONE AND ORDERED** in Orlando, Florida on November 30, 2016.

                                                                                    [signature]
                                                                                    PAUL G. BYRON
                                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2